IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HARSCO CORPORATION, et. al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Harscobc.com, ) <br> *an Internet Domain Name*, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:12-cv-587 (AJT/TRJ) |

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation [Doc. No. 21] of the Magistrate Judge recommending: (1) that default judgment be entered against the defendant domain name and in favor of the plaintiff Harsco Technologies, LLC; and (2) that ownership of the defendant domain name be transferred to plaintiff Harsco Technologies, LLC. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the plaintiffs' Motion for Default Judgment [Doc. No. 17] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against the defendant domain name; and it is further

ORDERED that ownership of the defendant domain name be, and the same hereby is, transferred to plaintiff Harsco Technologies, LLC.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to the registrant at its registered address.

/s/

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 24, 2012